# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:13-cr-444-KJD-VCF |
|---|---|
| Plaintiff, | 2:10-cr-364-KJD-CWH |
| vs. | ORDER |
| CODY DOUGLAS SWAIN, | |
| Defendant. | |

Based on the pending Stipulation of counsel, good cause appearing, and the interests of justice and judicial economy being best served:

IT IS THEREFORE ORDERED that the combined sentencing and revocation hearing currently scheduled for Tuesday, October 7, 2014 at 9:00 a.m., is vacated and rescheduled for Wednesday, September 24, 2014 at 9:00 a.m.

DATED 12th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

3